IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-114-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ETHAN ALAN WILLIAMS, | |
| Defendant. | |

On June 4, 2026, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the May 11, 2026 petition for revocation of Defendant Ethan Alan Williams' supervised release. (Docs. 144, 157.) The petition alleges ten violations: (1) failure to abstain from the consumption of alcohol; (2) commission of a state crime; (3) communicating with a known felon without permission; (4) failure to participate in substance or alcohol abuse treatment program; (5) failure to participate in substance abuse testing; (6) failure to abstain from consumption of alcohol; (7) failure to follow the instructions of the United States Probation Officer; (8) failure to participate in substance abuse testing; (9) entering an establishment where alcohol is the primary item of sale; and (10) commission of a state crime. (Doc. 144.) On June 4, 2026, Judge Cavan conducted a final revocation hearing at which Williams admitted violations 1 and 3–9. (Doc. 157.)

1

The government moved to dismiss violations 2 and 10. (*Id.*) This motion was granted, and Williams was discharged as to such violations. (*Id.*) Based on the admitted conduct, Judge Cavan found that Williams committed violations 1 and 3–9, as alleged in the petition, and recommended that supervised released be revoked and that this Court sentence Williams, to eight months imprisonment on each Count to run concurrently, followed by fifty-two-month term of supervised release. (*Id.*)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that supervised released be revoked and that this Court sentence Williams to eight (8) months imprisonment on Count I and eight (8) months imprisonment on Count III to run concurrently, followed by fifty-two (52) months of supervised release, the Court adopts those findings and recommendations. (*See* Doc. 157.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations, (Doc. 157), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 23rd day of June, 2026.

Dana L. Christensen, District Judge
United States District Court